IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRENDA JOYCE CLARK-ISRAEL**                                                      **PLAINTIFF**

**v.**                         **CASE NO. 5:15CV00037 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects. Accordingly, Clark-Israel's complaint is dismissed with prejudice.

IT IS SO ORDERED this 10th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**Temple Darlene Peacock**                                              **Plaintiff**

**v.**                                                **No. 5:14-CV–174-BSM-JTR**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                     **Defendant**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.  IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case is DISMISSED, WITH PREJUDICE.  The relief sought is DENIED.

Dated this _____ day of _____, 2015.


_____
UNITED STATES DISTRICT JUDGE